# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV314

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT BY DEFAULT,** |
| $14,100.95 IN UNITED STATES ) | **ENTRY OF JUDGMENT, AND** |
| CURRENCY, ) | **FINAL JUDGMENT OF FORFEITURE** |
| ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the United States' Motion for an Order directing Judgment by Default pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a)(2)(A)(iii) against the defendant property.

On March 16, 2006, an Order for Entry of Default was filed. As a result, the motion will be allowed.

**IT IS, THEREFORE, ORDERED** that the United States' Motion is **ALLOWED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT**:

1. The United States' motion for judgment by default, entry of judgment, and final order of forfeiture against the **DEFENDANT PROPERTY:**

   **$14,100.95 IN UNITED STATES CURRENCY**,

1

is hereby granted and judgment of forfeiture is entered in favor of the United States against all persons and entities in the world;

2. Any and all right, title and interest of all persons in the world in or to the defendant property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

3. The United States Marshal is hereby directed to dispose of the forfeited defendant property as provided by law.

```
                                        Signed: March 31, 2006
```

*[Signature]*

Lacy H. Thornburg
United States District Judge